**Michael T. SMITH, Petitioner–Appellant,**

v.

**Kenney ATKINSON, Warden, Respondent–Appellee.**

No. 13–7954.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: May 6, 2014.

Michael T. Smith, Appellant Pro Se.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. Smith, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Atkinson*, No. 1:13–cv–02582–DCN, 2013 WL 5964568 (D.S.C. Nov. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*